No. 75–1873. URI ET AL. v. ALASKA. Appeal from Sup. Ct. Alaska dismissed for want of jurisdiction.

No. 75–1878. LANDGRAFF v. WAGNER ET AL. Appeal from Ct. App. Ariz. dismissed for want of jurisdiction.

No. 75–6940. CROSS v. EU ET AL. Appeal from D. C. N. D. Cal. dismissed for want of jurisdiction.

No. 76–38. BRUCE ET AL. v. WICHITA STATE UNIVERSITY ET AL. Appeal from Sup. Ct. Kan. dismissed for want of jurisdiction.

No. 75–6744. FIGUEROA v. DIRECTOR, NEW YORK CITY DEPARTMENT OF PERSONNEL, ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question. MR. JUSTICE BRENNAN would note probable jurisdiction and set case for oral argument.

No. 75–6853. BROWNE v. MASSACHUSETTS. Appeal from Dist. Ct., E. Middlesex County, Mass., dismissed for want of jurisdiction. *Costarelli* v. *Massachusetts*, 421 U. S. 193 (1975).

No. 76–107. SMITH v. SMITH. Appeal from Sup. Ct. Okla. dismissed for want of properly presented federal question.

No. 76–194. WHITE, JUDGE v. CORRIGAN, PROSECUTING ATTORNEY OF CUYAHOGA COUNTY. Appeal from Sup. Ct. Ohio, dismissed for want of properly presented federal question.

No. 75–1672. GUSTAFSON v. HOFFMAN ET AL. Appeal from D. C. N. M. Judgment vacated and case remanded with directions to enter a fresh decree from which a timely